IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUMBERMENS MERCHANDISING CORPORATION, | : | |
| | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| STACEY HOLDINGS, INC., | : | |
| *Defendant.* | : | NO. 24-cv-01111 |

**ORDER**

**AND NOW**, this **22nd** day of **November 2024**, upon consideration of Plaintiff Lumbermens Merchandising Corporation ("Lumbermens")'s Motion for Default Judgment (ECF No. 40), and following an evidentiary hearing on the motion on November 14, 2024, at which Defendant Stacey Holdings, Inc. ("Stacey") did not appear, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** this the Motion is **GRANTED** and that judgment is entered against Defendant Stacey as follows:

1. Plaintiff Lumbermens is awarded damages against Defendant Stacey for a total of **$177,430.44**, which is broken down as follows:

   a. **$132,622.82** owed to Plaintiff Lumbermens by Defendant Stacey for lumber and related building materials; and

   b. **$44,807.62** owed to Plaintiff Lumbermens by Defendant Stacey for interest charges and quarterly account maintenance fees.

2. Plaintiff Lumbermens is awarded **$44,911** in attorneys' fees, costs, and expenses (see ECF No. 45).

3. Plaintiff Lumbermens is awarded prejudgment interest (6%) against Defendant Stacey in the amount of **$10,386.17**.

4. Plaintiff Lumbermens is, therefore, awarded a total amount inclusive of damages, attorneys' fees, and prejudgment interest of **$232,727.61**.

5. Plaintiff Lumbermens is awarded post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961.

                                       **BY THE COURT:**

                                       /s/ Chad F. Kenney

                                       **CHAD F. KENNEY, JUDGE**